

**ORDERED in the Southern District of Florida on March 25, 2015.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 15-15341-BKC-AJC |
| | Chapter 13 |
| ALVARO A. MORALES and | |
| LISETTE MORALES, | |
| | |
| Debtors. | |
| _____/ | |

**ORDER DISMISSING CASE AS TO LISETTE MORALES FOR HAVING BEEN FILED
IN VIOLATION OF A PRIOR COURT ORDER**

THIS CAUSE came before the Court upon the filing of a joint petition commencing this Chapter 13 case. This case was filed on March 24, 2015. A review of the Court's records indicates that this case has been filed in violation of a prior order of the Court dismissing a case previously filed by Debtor Lisette Morales which prohibited her from filing bankruptcy for a period of time that has not yet expired. Lisette Morales filed a Chapter 7 petition on April 23, 2014 commencing Case No. 14-19203-BKC-RAM; that case was dismissed on November 12, 2014, and Lisette Morales was prohibited by the dismissal order from filing another petition in bankruptcy, under any chapter, for 180 days from entry of the dismissal order. The petition filed

in this case by Lisette Morales was filed about 50 days before the expiration of the 180-day prejudice period. Accordingly, it is

**ORDERED** that the case is DISMISSED as to Debtor Lisette Morales, but the case will proceed in its normal course with Alvaro A. Morales remaining as the sole Debtor in this case.

###

Clerk of Court is directed to serve a copy of this order upon all creditors and interested parties.