## CHAPTER 13 PLAN (Individual Adjustment of Debts)
■ Fifth Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR Alvaro Antonio Morales  JOINT DEBTOR:_____ CASE NO.: 15-15341-AJC
Last Four Digits of SS# 7612   Last Four Digits of SS#_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $824.00 for months 1 to 5
B. $200.00 for months 6 to 60; in order to pay the following creditors:

Administrative:
Attorney's Fee: $12,000.00   TOTAL PAID $3,000.00
Balance Due: $ 9,000.00   payable $741.60/month (Months 1 to 5)
                          payable $170.71/month (Months 6 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date $_____
Address:_____  Arrears Payment $_____/month (Months ___ to ___)
_____  Arrears Payment $_____/month (Months ___ to ___)
Account No:_____  Regular Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Hamilton Equity Group, LLC., as assignee of HSBC Bank USA, National Association c/o: Jessica M. Kumm, Esq., 1600 Liberty Building Buffalom NY 14202-3694 Judgment Lien OR BK 27296 PG 3862-3869 | 14863 SW 35th Lane Miami, FL 33185 Value: $301,308.00 | 0.00% | $0.00 | 1-60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____
                      Payable $_____/month (Months ___ to ___)

Unsecured Creditors:  Pay $ 9.29 /month (Months 6 to 36)
                      Pay $180.00 /month (Months 37 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtor surrenders his interest in the property located at 833 NE 96th Street, Miami Shores, FL 33138. Ocwen Loan Servicing, LP., (Acct. No.: 8710004245) surrenders his interest in the property located at 14863 SW 35th Lane, Miami, FL 33185. Aurora Loan Services, LLC.( Case No.: 12-23125-CA-09) and Nationstar (Case No.: 600437107) are granted in rem stay relief to pursue its collateral. The Debtor surrenders his interest for the property located at 1027 Adams Drive, Key Largo, FL 33037. Caliber Home Loans (Act. No.: 9803971838), JPMorgan Chase Bank, c/o Albertelli Law, (Case No.: 44-2013-CA-000982-P) are granted in rem stay relief to pursue its collateral. The Debtor surrenders his interest in the timeshare located in Orlando, FL. Festivas Orlando Resort Orders Assoc., Inc., c/o Patton Hospitality Management, Inc., is granted in rem stay relief to pursue its collateral. At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor will file the documents listed in section 521(f)(1)(2)(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Debtor                             Joint Debtor
Date:_____               Date:_____

LF-31 (rev. 01/08/10)