UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    Case No.: 15-15341-AJC

Alvaro D. Morales,                                        Chapter 13

     Debtors.
_____/

### MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATE OF FUNDS

**COMES NOW** the Debtor, Alvaro D. Morales, by and through his undersigned counsel and pursuant to Local Rule 9013-1(E) and moves this Honorable Court for an Order Reinstating his Chapter 13 case and as grounds therefore would show:

1. The Debtor's case was dismissed on or about August 22, 2017 for failure to remit plan payments to the Chapter 13 Trustee.

2. The Debtor has provided to Undersigned one (1) Cashier's Check totaling $600.00, which brings the Debtor current under the Confirmed Chapter 13 Plan.

**WHEREFORE**, for the above reasons Debtor prays this Honorable Court enter an order reinstating the instant case.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing along with the accompanying Notice of Hearing was mailed this 18 day of September 2017 to **Nancy K. Neidich**, via NEF, **all creditors in the attached mailing list** and the **Debtor** via first class mail.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[X] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Drive
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-15341-AJC<br>Southern District of Florida<br>Miami<br>Mon Sep 18 12:04:13 EDT 2017 | BMW Bank of North America<br>c/o Ascension Capital Group<br>POB 201347<br>Arlington, TX 76006-1347 | Hamilton Equity Group, LLC as Assignee of HS<br>c/o Newman & Marquez, P.A.<br>1533 Sunset Dr., Ste. 225<br>Coral Gables, FL 33143-5700 |
| Macquarie Mortgages USA Inc.<br>BROCK & SCOTT, PLLC<br>c/o Lindsey A. Savastano, Esq.<br>1501 NW 49th Street, Suite 200<br>Fort Lauderdale, FL 33309-3723 | NCEP, LLC<br>c/o Ascension Capital Group<br>PO Box 165028<br>Irving, TX 75016-5028 | NCEP, LLC by AIS Data Services, LP as agent<br>PO Box 165028<br>Irving, TX 75016-5028 |
| U.S. Bank National Association<br>C/O Melbalynn Fisher ESQ.<br>Robertson, Anschutz & Schneid<br>6409 Congress Ave.<br>Suite 100<br>Boca Raton, FL 33487-2853 | ASSET ACCEPTANCE LLC<br>PO BOX 1630<br>WARREN, MI 48090-1630 | AURORA BANK FSB<br>10350 PARK MEADOWS DR ST<br>LITTLETON, CO 80124-6800 |
| AZEDUCLOAN<br>P.O. BOX 50147<br>PHOENIX, AZ 85076-0147 | Afni, Inc.<br>Po Box 3097<br>Bloomington, Il 61702-3097 | Amaretto Owners Association Inc.<br>C/o Paige Law Group, Pa<br>9500 S Dadeland Blvd, Ste 550<br>Miami, Fl 33156-2829 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Aurora Loan Services, LLC<br>c/o Lauren Elizabeth Dell<br>2710 Davie Rd<br>Davie, FL 33314-1606 | BARCLAYS BANK DELAWARE<br>125 S WEST ST<br>WILMINGTON, DE 19801-5014 |
| BK OF AMER<br>1800 TAPO CANYON RD<br>SIMI VALLEY, CA 93063-6712 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BMW BANK OF NORTH AMER<br>2735 E PARLEYS WAYS STE<br>SALT LAKE CITY, UT 84109-1666 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BSI Financial Services as servicer for Macqu<br>Mortgages USA, Inc. c/o<br>BSI Financial Services<br>314 S Franklin St., 2nd Floor<br>Titusville, PA 16354-2168 | Bank Of America<br>C/o Marcadis Singer Pa<br>5104 S Westshore Blvd<br>Tampa, Fl 33611-5650 |
| Bank Of America C/o Greenspoon Marder Pa<br>Trade Centre South, Ste 700<br>100 W Cypress Creek Road<br>Ft. Lauderdale, Fl 33309-2181 | Bank of America N.A.<br>Loss/Recovery<br>P O Box 982284<br>El Paso, TX 79998-2284 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAP1/BSTBY<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 | CAPITAL ONE AUTO FINAN<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 | CAVALRY PORTFOLIO SERV<br>PO BOX 27288<br>TEMPE, AZ 85285-7288 |
| CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CHASE MTG<br>PO BOX 24696<br>COLUMBUS, OH 43224-0696 | CHASE/CIRCUITCITY<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 |

| | | |
|---|---|---|
| COMENITY BANK/VCTRSSEC<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081-2873 | Cach, Llc<br>C/o Jorge L Palma Esq<br>701 Sw 27 Ave<br>Miami, Fl 33135-3000 | Caliber Home Loans<br>PO Box 650856<br>Dallas, TX 75265-0856 |
| (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Citibank N.A.<br>C/o Flynn Lavrar, Esq.<br>1133 S. University Drive<br>Plantation, Fl 33324-3303 | Citibank South Dakota<br>Daniella Marie Diaz Esq.<br>1045 S UNIVERSITY DR<br>PLANTATION, FL 33324-3301 |
| City Of San Jose<br>Po Box 11023<br>San Jose, Ca 95103-1023 | Credit Coll<br>Po Box 9134<br>Needham, Ma 02494-9134 | DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 |
| DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256-0596 | Delta Care USA<br>PO Box 660138<br>Dallas, TX 75266-0138 | Doctors Business Bur<br>202 N Federal Hwy<br>Lake Worth, Fl 33460-3438 |
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104-4868 | FLAGSTAR BANK<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | Festivas Orlando Resort Owners Assoc Inc<br>C/o Patton Hospitality Management, Inc.<br>One Vance Gap Road<br>Asheville, Nc 28805-1227 |
| Florida Keys Aqueduct Authority<br>1100 Kenedy Drive<br>Key West, FL 33040-4021 | Florida Keys Electric Cooperative Assoc.<br>PO Box 377<br>Tavernier, FL 33070-0377 | GMAC AUTOMOTIVE BANK<br>2000 TOWN CTR STE 2200<br>SOUTHFIELD, MI 48075-1157 |
| Gregory J Barro & As<br>400 Travis St #1004<br>Shreveport, La 71101-3117 | HOMEWARD RESIDENTIAL<br>1525 S BELT LINE RD<br>COPPELL, TX 75019-4913 | Hamilton Equity Group LLC<br>c/o Jessica M. Kumm, Esq.<br>1600 Liberty Building<br>Buffalo, NY 14202-3694 |
| Hamilton Equity Group, LLC<br>c/o Newman & Marquez, P.A.<br>1533 Sunset Dr., Ste. 225<br>Coral Gables, FL 33143-5700 | I C System Inc<br>Po Box 64378<br>Saint Paul, Mn 55164-0378 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J.A.R. Pharmacy & Discount Corp.<br>4300 W. Flagler Street, Ste 105<br>Miami, FL 33134-1591 | JPMorgan Chase Bank<br>c/o Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 | Jacqueline Calderin<br>C/o James B. Miller Esq.<br>19 West Flagler Street #416<br>Miami, Fl 33130-4419 |
| KAY JEWELERS<br>375 GHENT RD<br>FAIRLAWN, OH 44333-4600 | Kendall Credit And Business Sevice Inc.<br>Po Box 404665<br>Atlanta, Ga 30384-4665 | MACQUARIE MORTGAGES US<br>PO BOX 205<br>WATERLOO, IA 50704-0205 |

| | | |
|---|---|---|
| MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO, CA 92123-2255 | Macquarie Mortgages USA Inc<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL 33416-4605 | Macquarie Mortgages USA, Inc.<br>c/o Brock and Scott, PLLC<br>1501 NW 49th St Ste 200<br>Fort Lauderdale, FL 33309-3723 |
| Miami Fire<br>1111 Nw 7th St<br>Miami, Fl 33136-3604 | Miami Firemen Fcu<br>1111 Nw 7th Ave<br>Miami, Fl 33136-3604 | Mount Sinai Medical Center<br>Ascher Building<br>4300 Alton Road<br>Miami Beach, Florida 33140-2948 |
| NATIONSTAR<br>PO BOX 199111<br>DALLAS, TX 75235 | NATIONWIDE RECOVERY SV<br>PO BOX 8005<br>CLEVELAND, TN 37320-8005 | NCEP, LLC<br>by AIS Data Services, LP as agent<br>PO Box 4138<br>Houston, TX 77210-4138 |
| OCWEN LOAN SERVICING L<br>12650 INGENUITY DR<br>ORLANDO, FL 32826-2703 | ONLINE COLLECTIONS<br>PO BOX 1489<br>WINTERVILLE, NC 28590-1489 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PORTFOLIO RECOVERY ASS<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502-4952 | Pennymac Loan Svcs LLC<br>c/o Shaina Druker, Esq.<br>PO Box 25018<br>Tampa, FL 33622-5018 | Pharmacy Solution & Discount Inc.<br>C/o Martinez, Clara G<br>11736 Sw 11th St<br>Miami, Fl 33184-2502 |
| Portfolio Recovery Associates<br>C/o Joel D. Lucoff Esq.<br>Po Box 277534<br>Miramar, Fl 33027-7534 | Pro Premium Finance Company, Inc.<br>PO Box 817089<br>Hollywood, FL 33081-1089 | REGION/AMS<br>PO BOX 11007<br>BIRMINGHAM, AL 35288-0001 |
| Revenue Recovery Service<br>601 Carlson Parkway, Ste 1050<br>Minnetonka, MN 55305-5219 | Revenue Recovery Solutions, Inc.<br>323 10th Avenue West, Ste 300<br>Palmetto, FL 34221-5042 | Revenue Systems, Inc.<br>PO Box 15257<br>Clearwater, FL 33766-5257 |
| SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH, TX 76161-0244 | SEARS/CBNA<br>PO BOX 6283<br>SIOUX FALLS, SD 57117-6283 | SYNCB/SLEEP NUMBER<br>PO BOX 965036<br>ORLANDO, FL 32896-5036 |
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Space Coast Credit Uni<br>8045 N Wickham Rd<br>Melbourne, Fl 32940-7920 | Summit CollectionServices Inc.<br>PO Box 306<br>Hohokus, NJ 07423-0306 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117-6497 | The Marseilles Condo Assoc., Inc.<br>C/o Straley & Otto, P.A.<br>2699 Stirling Road, Ste C-207<br>Ft. Lauderdale, Fl 33312-6541 |

| | | |
|---|---|---|
| Transworld Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 | U S DEPT OF ED/GSL/ATL<br>PO BOX 4222<br>IOWA CITY, IA 52244 | United Tranzactions<br>2811 Corporate Way<br>Miramar, Fl 33025-3972 |
| WELLS FARGO BANK NV NA<br>PO BOX 31557<br>BILLINGS, MT 59107-1557 | WF/EFS<br>PO BOX 13667<br>SACRAMENTO, CA 95853-3667 | WFFNATBANK<br>PO BOX 94498<br>LAS VEGAS, NV 89193-4498 |
| Westlake Financial Svc<br>4751 Wilshire Blvd<br>Los Angeles, Ca 90010-3827 | Alvaro Antonio Morales<br>14863 SW 35th Lane<br>Miami, FL 33185-4858 | Edward Freire<br>10647 N Kendall Drive<br>Miami, FL 33176-1510 |
| Gianny Blanco<br>10647 N kendall Dr<br>Miami, FL 33176-1510 | Laila S. Gonzalez<br>10647 N Kendall Dr<br>Miami, FL 33176-1510 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BK OF AMER<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410 | (d)BK OF AMER<br>PO BOX 982235<br>EL PASO, TX 79998 | BMW FINANCIAL SERVICES<br>5515 PARKCENTER CIR<br>DUBLIN, OH 43017 |
| (d)BMW Financial Services NA, LLC<br>P.O. Box 3608<br>Dublin, OH 43016 | (d)Bk Of Amer<br>4161 Piedmont Pkwy<br>Greensboro, Nc 27410 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, Tx 79998 |
| (d)Bmw Financial Services<br>5515 Parkcenter Cir<br>Dublin, Oh 43017 | CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 | Calvary Portfolio Services, LLc<br>PO Box 27288<br>Tempe, AZ 85285-7288 |
| (d)Calvary Portfolio Services, Llc<br>Po Box 27288<br>Tempe, Az 85285-7288 | (d)Cap One<br>Po Box 85520<br>Richmond, Va 23285 | T-Mobile<br>PO Box 790047<br>St. Louis, MO 63179-0047 |
| (d)T-mobile<br>Po Box 790047<br>St. Louis, Mo 63179-0047 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust, N.A., as Trustee for LSF8

(u)Miami

(d)Amaretto Owners Association Inc.
c/o Paige Law Group, PA
9500 S Dadeland Blvd, Ste 550
Miami, FL 33156-2829

(d)Asset Acceptance Llc
Po Box 1630
Warren, Mi 48090-1630

(d)Aurora Bank Fsb
10350 Park Meadows Dr St
Littleton, Co 80124-6800

(d)Aurora Loan Services, Llc
C/o Lauren Elizabeth Dell
2710 Davie Rd
Davie, Fl 33314-1606

(d)Azeducloan
P.O. Box 50147
Phoenix, Az 85076-0147

(d)Bank of America
c/o Marcadis Singer PA
5104 S Westshore Blvd
Tampa, FL 33611-5650

(d)Bank of America c/o Greenspoon Marder PA
Trade Centre South, Ste 700
100 W Cypress Creek Road
Ft. Lauderdale, FL 33309-2181

(d)Barclays Bank Delaware
125 S West St
Wilmington, De 19801-5014

(d)Bk Of Amer
1800 Tapo Canyon Rd
Simi Valley, Ca 93063-6712

(d)Bmw Bank Of North Amer
2735 E Parleys Ways Ste
Salt Lake City, Ut 84109-1666

(u)CB/VICTORI

(d)Caliber Home Loans
Po Box 650856
Dallas, Tx 75265-0856

(d)Cap1/bstby
Po Box 5253
Carol Stream, Il 60197-5253

(d)Capital One Auto Finan
3901 Dallas Pkwy
Plano, Tx 75093-7864

(d)Cavalry Portfolio Serv
Po Box 27288
Tempe, Az 85285-7288

(du)Cb/victori

(d)Chase Card
Po Box 15298
Wilmington, De 19850-5298

(d)Chase Mtg
Po Box 24696
Columbus, Oh 43224-0696

(d)Chase/circuitcity
Po Box 15298
Wilmington, De 19850-5298

(d)Citibank N.A.
c/o Flynn LaVrar, Esq.
1133 S. University Drive
Plantation, FL 33324-3303

(d)Citibank South Dakota
Daniella Marie Diaz Esq.
1045 S University Dr
Plantation, Fl 33324-3301

(d)Comenity Bank/vctrssec
220 W Schrock Rd
Westerville, Oh 43081-2873

(d)Delta Care Usa
Po Box 660138
Dallas, Tx 75266-0138

(d)Dept Of Education/neln
121 S 13th St
Lincoln, Ne 68508-1904

(d)Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, Fl 32256-0596

(d)Festivas Orlando Resort Owners Assoc Inc
c/o Patton Hospitality Management, Inc.
One Vance Gap Road
Asheville, NC 28805-1227

(d)First Premier Bank
601 S Minnesota Ave
Sioux Falls, Sd 57104-4868

(d)Flagstar Bank
5151 Corporate Dr
Troy, Mi 48098-2639

(d)Florida Keys Aqueduct Authority
1100 Kenedy Drive
Key West, Fl 33040-4021

(d)Florida Keys Electric Cooperative Assoc.
Po Box 377
Tavernier, Fl 33070-0377

(d)Gmac Automotive Bank
2000 Town Ctr Ste 2200
Southfield, Mi 48075-1157

(d)Hamilton Equity Group Llc
C/o Jessica M. Kumm, Esq.
1600 Liberty Building
Buffalo, Ny 14202-3694

(d)Hamilton Equity Group, LLC.,
c/o Jessica M. Kumm, Esq.
1600 Liberty Building
Buffalo, NY 14202-3694

(d)Homeward Residential
1525 S Belt Line Rd
Coppell, Tx 75019-4913

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa 19101-7346

(d)J.A.R.  Pharmacy & Discount Corp.
4300 W. Flagler Street, Ste 105
Miami, Fl 33134-1591

(d)Jacqueline Calderin
c/o James B. Miller Esq.
19 West Flagler Street #416
Miami, FL 33130-4419

(d)Jpmorgan Chase Bank
C/o Albertelli Law
Po Box 23028
Tampa, Fl 33623-2028

(d)Kay Jewelers
375 Ghent Rd
Fairlawn, Oh 44333-4600

(d)Kendall Credit and Business Sevice Inc.
PO Box 404665
Atlanta, GA 30384-4665

(d)Macquarie Mortgages Us
Po Box 205
Waterloo, Ia 50704-0205

(d)Macquarie Mortgages Usa, Inc.
C/o Brock And Scott, Pllc
1501 Nw 49th St Ste 200
Fort Lauderdale, Fl 33309-3723

(d)Midland Funding
8875 Aero Dr Ste 200
San Diego, Ca 92123-2255

(d)Nationstar
Po Box 199111
Dallas, Tx 75235

(d)Nationwide Recovery Sv
Po Box 8005
Cleveland, Tn 37320-8005

(d)Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, Fl 32826-2703

(d)Online Collections
Po Box 1489
Winterville, Nc 28590-1489

(d)Pennymac Loan Svcs Llc
C/o Shaina Druker, Esq.
Po Box 25018
Tampa, Fl 33622-5018

(d)Pharmacy Solution & Discount Inc.
c/o Martinez, Clara G
11736 SW 11TH ST
MIAMI, FL 33184-2502

(d)Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, Va 23502-4952

(d)Portfolio Recovery Associates
c/o Joel D. Lucoff Esq.
PO Box 277534
Miramar, FL 33027-7534

(d)Pro Premium Finance Company, Inc.
Po Box 817089
Hollywood, Fl 33081-1089

(d)Region/ams
Po Box 11007
Birmingham, Al 35288-0001

(d)Revenue Recovery Service
601 Carlson Parkway, Ste 1050
Minnetonka, Mn 55305-5219

(d)Revenue Recovery Solutions, Inc.
323 10th Avenue West, Ste 300
Palmetto, Fl 34221-5042

(d)Revenue Systems, Inc.
Po Box 15257
Clearwater, Fl 33766-5257

(d)Santander Consumer Usa
Po Box 961245
Ft Worth, Tx 76161-0244

(d)Sears/cbna
Po Box 6283
Sioux Falls, Sd 57117-6283

(d)Summit Collectionservices Inc.
Po Box 306
Hohokus, Nj 07423-0306

(d)Syncb/sleep Number
Po Box 965036
Orlando, Fl 32896-5036

(d)Thd/cbna
Po Box 6497
Sioux Falls, Sd 57117-6497

(d)The Marseilles Condo Assoc., Inc.
c/o Straley & Otto, P.A.
2699 Stirling Road, Ste C-207
Ft. Lauderdale, FL 33312-6541

(d)Transworld Systems, Inc.
507 Prudential Road
Horsham, Pa 19044-2308

(d)U S Dept Of Ed/gsl/atl
Po Box 4222
Iowa City, Ia 52244

(d)Wells Fargo Bank Nv Na
Po Box 31557
Billings, Mt 59107-1557

(d)Wf/efs
Po Box 13667
Sacramento, Ca 95853-3667

(d)Wffnatbank
Po Box 94498
Las Vegas, Nv 89193-4498

End of Label Matrix
Mailable recipients   101
Bypassed recipients    69
Total                 170